FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 16 2016

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              NO. 4:15CR00310-01 JLH

WALKER SMITH                                                DEFENDANT

### JUDGMENT and COMMITMENT ORDER

Court convened on Tuesday, February 16, 2016, for a hearing on the government's motion to revoke supervised release of defendant Walker Smith. Document #2. Assistant United States Attorney Kristin Bryant was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Nicole Lybrand.

At the onset of the hearing, the defendant admitted some allegations in the motion to revoke and denied some of the allegations. Following statements from the defendant and argument from counsel, the motion to revoke was granted. Document #2.

IT IS THEREFORE ORDERED that the defendant is sentenced to TIME SERVED and ordered released from the custody of the United States Marshals Service on this charge. Supervised release is reimposed and will expire June 25, 2017.

All conditions of supervised release previously imposed remain in full force and effect for the duration of defendant's term of supervised release.

IT IS SO ORDERED this _____ day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE